**UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA**



FILED
at 6 O'clock & 48 min. A M

DEC 08 2022

United States Bankruptcy Court
Columbia, South Carolina

| | |
|---|---|
| In re,<br><br>Ashley Leigh Ann Altman,<br><br><br>Debtor(s) | C/A No. 22-03237-eg<br><br>Adv. Pro. No. 22-80048-eg |
| Ashley Leigh Ann Altman,<br><br>Plaintiff(s),<br><br>v.<br><br>Nations Auto,<br><br>Defendant(s). | Chapter 13 |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the ORDER and NOTICE of EMERGENCY HEARING was duly served upon the Defendant, Nations Auto, through electronic mail. Two electronic mail deliveries that contained the Order and Notice of Emergency Hearing as a PDF attachment was sent to NationsAuto123@yahoo.com. First electronic mail was sent December 7, 2022 at 8:35 p.m. and the second electronic mail was sent December 8, 2022 at 5:45 a.m. Each electronic mail message was confirmed delivery completed. There has been no notification of the electronic mail being read at present, as no confirmation has been provided by the destination server. A copy of the above documents referenced was also mailed to Nations Auto at 1545 Highway 17 Little River, SC 29566 on December 8, 2022 at 6:00 a.m. in a prepaid sealed envelope through United States Postal Service with the return address clear and legible. Attached to this Certificate of Service is the two electronic mail delivery completion receipts and a copy of the prepaid envelope sent through the United States Postal Service. Addresses used and modes of delivery of the referenced

<u>VIA ELECTRONIC MAIL</u>

NationsAuto123@yahoo.com

<u>VIA UNITED STATES POSTAL SERVICE</u>

Nations Auto

1545 Highway 17

Little River, SC 29566

Date: <u>12/07/2022</u>

*[signature]*

Ashley Leigh Ann Altman

Plaintiff/Debtor

Pro Se

## Relayed: Order and Notice of Emergency Hearing in Reference to Ashley L Altman

Microsoft Outlook <postmaster@outlook.com>
Wed 12/7/2022 8:35 PM
To: NationsAuto123@yahoo.com <NationsAuto123@yahoo.com>

📎 1 attachments (16 KB)
Order and Notice of Emergency Hearing in Reference to Ashley L Altman;

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

NationsAuto123@yahoo.com (NationsAuto123@yahoo.com)

Subject: Order and Notice of Emergency Hearing in Reference to Ashley L Altman

## Relayed:

Microsoft Outlook <postmaster@outlook.com>
Thu 12/8/2022 5:45 AM
To: NationsAuto123@yahoo.com <NationsAuto123@yahoo.com>

📎 1 attachments (15 KB)

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

NationsAuto123@yahoo.com (NationsAuto123@yahoo.com)

Subject:

Ashley Ahman
583 Enman Rd.
Little River SC 29566

Nations Auto
1545 Highway 17
Little River SC 29566


FOREVER USA




SEALED


